September 29, 2025

VIA ECF and Pro Se Submission System

Hon. José R. Almonte, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re: *Love v. Verizon Wireless, Inc., et al.*
Civil Action No. 2:25-cv-13819

Dear Judge Almonte:

I write to address defense counsel's September 22, 2025 letter stating my opposition brief does not appear on the docket. See Defendants' letter referencing the absence of a filed opposition.

I timely submitted my opposition brief on August 29, 2025, and again on September 22, 2025, using the court's pro-se-submission-system on both occasions. Each time, I received the on-screen confirmation: "Success! Your files have been submitted." On those same dates, I also served courtesy copies on Defendants by email.

It appears there was a clerical or technical issue preventing the opposition from posting to the docket. Because I am seeking an expedited hearing and the papers are needed for an upcoming court date, the delay is materially prejudicial.

Relief Requested

1. Docketing/Nunc Pro Tunc: Direct the Clerk to docket my opposition and deem it filed nunc pro tunc to August 29, 2025, or, in the alternative, to September 22, 2025.

2. Briefing Schedule: Set Defendants' reply deadline to 7 days after the opposition is docketed (or any schedule the Court prefers that preserves their opportunity to respond).

3. Expedited Consideration: Grant expedited consideration of the motion because the documents are needed for an imminent court appearance.

I can promptly provide the submission confirmations and resubmit the opposition through whatever mechanism the Court prefers.


Respectfully submitted,

/s/ *Lemont Love*
Lemont Love, Pro Se
591 Buckelew Ave.

Monroe Twp NJ 08831
609-491-0798
cashminein1@gmail.com

cc: Thomas E. Emala, Esq., McGivney, Kluger, Clark & Intoccia, P.C. (via email)