**MCGIVNEY KLUGER CLARK & INTOCCIA, P.C.**
**Thomas E. Emala, Esq. (ID No. 133782015)**
290 W. Mt. Pleasant Ave, Suite 4200
Livingston, New Jersey 07039
Telephone: (973) 822-1110
Facsimile: (973) 822-1116
Attorneys for Defendants
*Verizon Wireless Services, LLC,*
*Andrea Southern, and Matthew Griffin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEMONT LOVE,<br><br>      Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS, INC.; ANDREA S. (DOE 1); MATTHEW (DOE 2); JOHN DOE EMPLOYEE 3, JOHN DOE SUPERVISORS 4-10,<br><br>      Defendants. | Civil Action No.: 2:25-cv-13819<br><br>**DECLARATION OF JOSEPH NINETE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

I, Joseph Ninete, hereby declare as follows:

1.      I am employed by Verizon Corporate Resources Group LLC, as a Senior Analyst.  I have been employed by Verizon since 2011.  In my capacity as a Senior Analyst, I provide services to various subsidiaries of Verizon, including Verizon Wireless Services, LLC ("Verizon Wireless").  Specifically, I assist with the handling of consumer disputes for Verizon Wireless, among other things.

2.      In preparing this Declaration, I have relied on my personal knowledge of, and experience in, the business operations of Verizon Wireless, as well as a review of Verizon Wireless's business records.  Verizon Wireless's business records are made in the regular

1

course of business, at or near the time of the act, conditions or events described in the documents, and by or from information provided by a person with knowledge of the act, conditions, or events.  True and correct copies of the business records of Verizon Wireless relevant to this Declaration are attached hereto as **Exhibits A through I.**

3.  Verizon Wireless conducts business across the country and is a citizen of Delaware and New Jersey.

4.  I am familiar with the Verizon Wireless account of Plaintiff Lemont Love ("Plaintiff") and I have reviewed records pertaining to his account ending in -0174-00001 ("Account").

5.  In or around May 2024, Plaintiff established his Verizon Wireless Account, which was assigned an account number ending in -0174-00001.  Attached hereto as **Exhibit A** is a true and correct copy of the first billing statement for the Account.

6.  On May 15, 2024, Plaintiff added a line of service to his Account and entered into a device payment agreement for the purchase of a Samsung Galaxy S24.  In connection with the Samsung device purchase, Plaintiff entered into a Loan Installment Agreement/Security Agreement that summarized the terms of the financing plan for the purchase of the device ("Samsung Contract").  A true and correct copy of the May 15, 2024 Samsung Contract is attached as **Exhibit B**.

7.  On May 15, 2024, Plaintiff added another line of service to his Account and entered into a device payment agreement for the purchase of an iPhone 14.  In connection with the iPhone device purchase, Plaintiff entered into a Loan Installment Agreement/Security Agreement ("iPhone Contract").  A true and correct copy of the May 15, 2024 iPhone Contract is attached as **Exhibit C.**

2

8.      Following Plaintiff's purchases and activation of his wireless devices, Verizon Wireless sent Plaintiff a letter dated May 18, 2024 confirming the activation of wireless service for a phone number ending in (XXX) XXX-0396.  Among other things, the letter stated: "Thank you for choosing Verizon Wireless. This letter confirms your activation of wireless service for number (XXX) XXX-0396 on May 15, 2024. We have also listed the details concerning your wireless service below. For your records, enclosed is a copy of your Customer Agreement."  A true and correct copy of this letter dated May 18, 2024 is attached as **Exhibit D.**  As indicated by the letter, enclosed with the letter was a copy of the Verizon Wireless Customer Agreement ("Customer Agreement").  A true and correct copy of the Customer Agreement enclosed with the letter is attached as **Exhibit E**.

9.      In addition, Verizon Wireless sent Plaintiff another letter dated May 18, 2024 confirming the activation of wireless service for a phone number ending in (XXX) XXX-0798.  Among other things, the letter stated: "Thank you for choosing Verizon Wireless. This letter confirms your activation of wireless service for number (XXX) XXX-0798 on May 15, 2024.  We have also listed the details concerning your wireless service below. For your records, enclosed is a copy of your Customer Agreement."  A true and correct copy of this letter dated May 18, 2024 is attached as **Exhibit F.**  As indicated by the letter, also enclosed with the letter was a copy of the Customer Agreement.  A true and correct copy of the Customer Agreement enclosed with the letter is attached as **Exhibit G**.

10.      Plaintiff has continually used Verizon Wireless's services since establishing the Account.  A true and correct copy of Plaintiff's most recent billing statement for the Account for the billing period of June 15, 2025 through July 14, 2025 is attached hereto as **Exhibit H.**

3

11.     On or about June 2, 2025, Verizon Wireless received a "SUBPOENA DUCES TECUM" from Plaintiff ("Subpoena").  The Subpoena asked for records pertaining to the Account in connection with the wireless phone numbers Plaintiff activated as discussed herein – i.e., (XXX) XXX-0396 and (XXX) XXX-0798.  A true and correct copy of the Subpoena is attached as **Exhibit I.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2025 at Chandler, Arizona.

_____
                    Joseph Ninete

**Joseph Ninete**
E-signed 2025-08-01 09:37AM PDT
joseph.ninete@verizon.com
Verizon Wireless