**PO Box 489**
**Newark, NJ 07101-0489**

May 18, 2024



**Wireless #:**
████-0798

**Account #:**
████174-00001

**Device Payment:**
Agreement ID: ████████
Start Date: 05/15/24 (for 36 months)
Monthly Device Payment: $20.55

LEMONT LOVE
████████
MONROE TOWNSHIP, NJ 08831-8842

Dear Lemont Love,

Thank you for choosing Verizon Wireless. This letter confirms your activation of wireless service for number (609) 491-0798 on May 15, 2024. We have also listed the details concerning your wireless service below. For your records, enclosed is a copy of your Customer Agreement.

For additional details regarding your service, please refer to the back of this letter.

Sincerely,
Verizon Wireless

## <span style="color:red">Below, for your review, is your current account information</span>

### Calling Plan Name
- Unlimited Welcome

### Calling Plan Details
- Monthly Access .................................................................................................................................................. $75.00
- Anytime Minutes ................................................................................................................................................ **UNLIMITED**
- Domestic Wireless Long Distance ................................................................................................................... Included
- Domestic Roam Rate ........................................................................................................................................ Included

### All Access Home Internet
All Access Home Internet plan with up to 300 Mbps download speeds (on high-band mmWave spectrum): Typical download speeds of 85-300 Mbps. Upload speeds of 10-20 Mbps. Video streaming optimized up to 1080p on capable devices. 2 year service price guarantee.

**Additional billing information:**
The monthly charges and allowance minutes above do not reflect prorated fees/allowances for a partial month's service. These partial month charges will be added to your first full month's charges on your first bill.

**In addition:**
Our records indicate you were billed a $35.00 activation fee for your service.

**Important Information About Third party Charges:**
You may use your Verizon Wireless account to pay for purchases from certain vendors other than Verizon. If you make such a purchase, the charge will appear on your Verizon Wireless bill. Should you have technical issues related to media and apps purchased through your mobile device or on the Internet, please contact the third-party. You may block billing for third-party charges on your Verizon Wireless bill by going to verizonwireless.com/MyVerizon.

**Note:** Please retain this letter and the enclosed document for your records. Discounts apply only if you are on a qualifying plan. This letter is for information only, and in case of error, your calling plan and Customer Agreement will govern.

**<span style="color:red">QUESTIONS?</span>** We're here to help.

**CLICK** verizonwireless.com/support | **CALL** 1.800.922.0204 or dial *611 from your wireless device

For an interactive map of your wireless coverage, visit vzw.com/coveragelocater and enter a street address

X0798

**Important Information About Third party Charges::**

You may use your Verizon Wireless account to pay for purchases from certain vendors other than Verizon. If you make such a purchase, the charge will appear on your Verizon Wireless bill. Should you have technical issues related to media and apps purchased through your mobile device or on the Internet, please contact the third party. You may block billing for third-party charges on your Verizon Wireless bill by going to verizonwireless.com/MyVerizon

**Important Device Payment Information**

- You may view your Device Payment Agreement and device details at vzw.com/myverizon. Until you make all required payments, you will continue to be billed for the remainder of your monthly payments as outlined in your Device Payment Agreement.

**My Verizon:**
**All The Tools.**
**All The Features.**
**More Convenience.**

- Content archiving. Back up your contacts, ringtones, music and more.
- Family security. Filter unwanted content and manage family usage.
- Account status. Easily check your minute, text and data usage.

Visit
**verizonwireless.com/myverizon**
for more details!

*cont'd...*

X0798 Page 1 of 2

| **Facts** | **What does Verizon Wireless do with the personal information you provide in a device installment transaction?** |
|---|---|

| **Why?** | This notice concerns how we collect, use and disclose your personal information related to your recent device installment financial transaction ("your device installment information"). Please see our privacy policy and other privacy – related communications for more information on how we otherwise collect, use and store your other information. Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some, but not all, sharing. Federal law also requires use to tell you how we collect, share and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|

| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include<br><br>• Social security number and income   • Credit history and credit scores<br>• Account balances and payment history |
|---|---|

| **How?** | All financial companies need to share customers' personal information to run their everyday businesses. In the section below, we list the reasons financial companies share their customers' personal information; the reasons Verizon Wireless chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your device installment information | Does Verizon Wireless Share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For marketing purposes –** to offer our products and services to you | No | We don't share |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For our nonaffiliates to market to you** | No | We don't share |

| **Questions?** | Please visit verizonwirelss.com/DeviceInstallmentPrivacy for answers to commonly asked questions. |
|---|---|

LMME1217 S1MBE1217

**Page2**

## What we do

| | |
|---|---|
| How does Verizon Wireless protect my personal information? | To protect your personal information from unauthorized access and use. We use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Verizon Wireless collect my personal information? | We collect your personal information, for example, when you<br>• Open an account or give us your contact information<br>• Pay your bill or apply for financing<br>• Use your credit or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't i limit all sharing? | Federal law gives you the right to limit only:<br>• Sharing for affiliates everyday business purposes – information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Our affiliates include companies with the Verizon name, including nonfinancial companies offering Verizon Fios.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Verizon Wireless does not share your device installment information with nonaffiliates so they can market to you.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• *Verizon Wireless does not use your device installment information to jointly market.* |

REV:December 2017

LMME1217 S1MBE1217