CUSTOMER AUTHORIZATION

To: Verizon Wireless Legal Compliance Department

I, LeMont Love, authorize Verizon Wireless to release all records identified below for the following two numbers which belong to me:

- 609-491-0798

- 845-772-0396

Date Range: June 20, 2024 from 11:00 a.m. to 8:00 p.m.

This release is made for the purposes of pending criminal litigation in **State v. Love**, Middlesex County Superior Court, Indictment Number MID-24-3171. I certify this request is made voluntarily and with full understanding of the information being disclosed.

Signature: *[signature]*
Name: LeMont Love
DOB: 10/02/1980
Last 4 digits of SSN: 8283
Address: 591 Buckelew Ave.
Monroe Twp. NJ 08831
Date: 5/29/25


SUBPOENA DUCES TECUM

Superior Court of New Jersey – Middlesex County
Criminal Division

State of New Jersey
v.
LeMont Love
Indictment No.: MID-24-3171

To:
Verizon Wireless Subpoena Compliance Center
Email: vzwsubpoena@verizon.com
Fax: (888) 667-0028
Phone: (800) 451-5242
Address: Verizon Wireless, Attn: Subpoena Compliance, 180 Washington Valley Rd, Bedminster, NJ 07921

**YOU ARE HEREBY COMMANDED TO PRODUCE**:

All records for phone numbers 609-491-0798 and 845-772-0396 for June 20, 2024 from 11:00 a.m. to 8:00 p.m., including but not limited to:

Location-Based Data:

1. Cell Site Location Information (CSLI): Tower IDs, addresses, azimuths, and GPS coordinates connected to voice, SMS, or data sessions.

2. Real-Time Connection Logs: Pings or handoffs between towers, including idle data sessions.

3. Historical Tower Mapping Metadata if available (tower location definitions for map plotting).

Call & SMS Metadata:

4. Incoming and outgoing call logs: With timestamps, duration, and cell tower locations.

5. SMS/MMS logs: Including timestamps and tower location if logged.

Data Session Logs:

6. Data connection logs: Time of session, duration, IP addresses, and associated cell towers.

Subscriber Authentication and Device Info:

7. Device IMEI/MEID and handset info active on those numbers.

8. Cell tower triangulation results, if available through network logs.

Employment Confirmation Support:

9. Billing records showing normal usage patterns consistent with work activity during business hours.


DELIVERY:

Please return the requested records to the address listed below within 20 days of receipt of this subpoena:

LeMont Love, Defendant (Pro Se)
591 Buckelew Ave.
Monroe Twp. NJ 08831
Email: cashminein1@gmail.com
Phone: 845 772 0396

Preferred method is email if possible

LEGAL AUTHORITY:

This subpoena is issued pursuant to N.J. Ct. R. 1:9-1, and the records requested are material and necessary for the defense in a pending criminal prosecution. Defendant asserts his constitutional right to present a complete defense under the Sixth and Fourteenth Amendments to the United States Constitution and Article I, ¶ 10 of the New Jersey Constitution.

Lemont Love
591 Buckelew Ave
monroe Twp NJ 08831

DV DANIELS NJ .070

31 MAY 2025 PM 7 .L



RECEIVED
JUN 02 2025
By VSAT-NJ

Verizon wireless
Attn: Subpoena Compliance
180 Washington Valley Rd.
Bedminster NJ 07921

07921-212399