**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LEMONT LOVE,<br><br>   Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>   Defendants. | Case No. 2:25-cv-13819 (BRM) (JRA)<br><br>**ORDER** |

  **THIS MATTER** is before the Court on Defendant Verizon Wireless Services, LLC's ("Verizon") Motion (ECF No. 25) to Dismiss *pro se* Plaintiff LeMont Love's ("Love") Amended Complaint (ECF No. 22-1) for Failure to State a Claim or, alternatively, to Compel Arbitration under Federal Rule of Civil Procedure ("Rule") 12(b)(6). This Court has jurisdiction pursuant to 42 U.S.C. § 1332(a). Having reviewed and considered the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Rule 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

  **IT IS** on this 19th day of February 2026,

  **ORDERED** that Verizon's Motion to Compel Arbitration (ECF No. 25) pursuant to Rule 12(b)(6) is **GRANTED**; and it is further

  **ORDERED** that Verizon's Motion to Dismiss the Amended Complaint for Failure to State a Claim (ECF No. 25) pursuant to Rule 12(b)(6) is **DENIED AS MOOT**; and it is further

  **ORDERED** that the matter is **STAYED** pending completion of arbitration in accordance with the terms of the arbitration clause included in the Verizon Customer Agreement (ECF No. 25-7) pursuant to Federal Arbitration Act, 9 U.S.C. § 3; and it is further

1

**ORDERED** that the parties shall file a status report with this Court to advise as to the status of the matter either upon the completion of arbitration or by June 26, 2026, whichever occurs first; and it is further

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case for administrative purposes.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**